# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4326
Lower Tribunal No. 22-CA-002123

_____

JEAN PIERRE BUON,

Appellant,

v.

MICHELLE BURKE, individually and as Co-Trustee of the ELIANA BUON
IRREVOCABLE TRUST, DATED FEBRUARY 6, 2019,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Alan Bryce Grossman, of Grossman Law Florida, LLC, Plantation, for Appellant.

Alvaro C. Sanchez, of Burandt, Adamski, Feichthaler & Sanchez, PLLC, Cape Coral, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED